O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN VALDEZ, ) | CASE NO. CV 12-00244 JFW (RZ) |
|       Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| L.S. McEWEN, WARDEN, ) | |
|       Respondent. ) | |

This matter came before the Court on the Petition of ROMAN VALDEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 31, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE